IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jonathan Lee, Riches© A/K/A
"Secured Party",
Plaintiff

2007 JUL 16  A 11: 14

VS.

CASE NO: 07-fp-212

Jewish Mossad;
Central Intelligence Agency "CIA";
Larry King Live,

Defendants

## Complaint
"THE HIJACKING OF AMERICA"

This is a complaint under 42 U.S.C 1983, civil rights violation by the constitution and laws of the United States, and Federal Tort claims inflicted by that include, but not limited to: Kidnapping, extortion, Injury to wildlife, Liquor Trafficking, Identity theft, Persecutions, Electronic wire tapping

②

Comes Now the Plaintiff Jonathan Lee., Riches©, in Pro-se, moves this honorable court to issue an order for all Defendants named in this suit to give a response. As Plaintiff is claiming that his Federal and state constitutional rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, 13th, and 14th amendments. Plaintiff moves this honorable court to issue a TRO restraining order against Defendants. Plaintiff seek 211,429,399,000,000.00 Trillion dollars backed by gold and silver delivered by United States Postal Service to Federal Correctional Institution Williamsburg, Sacters S.C., collectively from Defendants

### Count 1
Defendants are in a vast conspiracy to Hijack my torso, 3 toes, and my constitutional rights and ship them to a secret headquarters in Concord New Hampshire.

### Count 2
Jewish Mossad told me personally on April 20th, 2007 that they are going to hang me to a cross next to Jesus Christ

### Count 3
Larry King Live is a voodoo witch doctor who stole my Identity on Feb 25th 2003 and purchased lead paint, chips ahoy, Planters peanuts and zip lock bags under my Identity. Distributed them to the CIA to microwave test my DNA

(3)

## Count 4

The CIA on Jan 4th, 2006 plead allegience to Al-qaeda and conspired with the Uniform commercial code "U.C.C" to steal my Strawman Identity

## Count 5

FCI Williamsburg hired Robotic guards financed through the Mossad and Capital 1 banking.

Covert prostitution, grave yard stealing, garage sale theft operation

## Count 6

Defendants are involved with Trading with the Enemy Act by donating my Artwork to N. Korea and Burma in exchange For weapons being shipped to Sudan's Janjaweed next door to Chad

## Count 7

Defendants inserted micro-chips and are dashing my hopes

Plaintiff respectfully acts this court for relief and to order a restraining order against Defendants and NASA.

Submitted
Jonathan Lee, Riches

Jonathan Lee, Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

{ Due to restrictions on typewriters, this suit was handwritten }