## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Jonathan Lee Riches                                          July 18, 2007
#40948-018
FCI Williamsburg
PO Box 340
Salters, SC  29590

### ORDER  - FILING FEE OMITTED

In re:  File No. 1:07-fp-212, Jonathan Lee Riches v. Jewish Mossad et al

        The above-captioned action was received by the Court on 7/16/07, but items necessary to docket the case were not included.  Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by 9/16/07.

        **Filing Fee**.  Filing fee in the amount of $350, may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, Diners Club, or American Express).  The court does not accept personal checks.

- O R -

        **In Forma Pauperis**.  If in forma pauperis status is sought:

- Motion to Proceed In Forma Pauperis (USDCNH-13 or substantially similar filing)
- Financial Declaration (USDCNH-15 or substantially similar filing)
- Certificate of Custodial Institution (USDCNH-14 or substantially similar filing) completed by an official at the institution

        This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted.

                                        By the Court,


                                        /s/ James R. Starr
                                        James R. Starr
                                        Clerk

JRS/cmp

Dockets.Justia.com