UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2007 AUG 23 A 11: 28

Jonathan Lee Riches© A/K/A
"Crusader against crime"

v.

CASE NO: 1:07-Fp-212

Jewish Mossad, et AL.
DEFENDANTs

MOTION TO STAY PROCEEDINGS PENDING PAYMENT IN FULL BY OUTSIDE FINANCIER

MOTION FOR COUNSEL

MOTION FOR JUDGES YEARLY FINANCIAL DISCLOSURE FORMS

Comes Now the Plaintiff DR. Jonathan Lee Riches© Phd, copyrighted Since 1994, A/K/A "crusader against crime", in pro-se, praying and respectfully moving this Honorable court to enter an order staying Proceeding pending receipt of "payment in full" by outside financier, who intends to pay the Courts filing fee on or before November 16, 2007. Plaintiff has a Constitutional right to have his complaint heard in this Court. Plaintiff also moves this Honorable chief Judge to compel the presiding Judge in this suit to release their Yearly Financial disclosure forms to plaintiff to analyze for possible financial and Personal conflicts of Interest that this presiding has with the Defendants in this suit and Defendants in Plaintiff's criminal case out of the southern District of Texas, Houston case # H-03-90-2. Plaintiff is entitled to a fair and unbias civil proceeding. Plaintiff's Constitutional rights are being violated under the 1st, 3rd, 4th, 5th, 6th, 8th, 14th amendments. Plaintiff is entitled to relief under the whistleblowing Act. Plaintiff asks for a Jury trial.

Plaintiff seeks correction of the record and injunctive relief against any unauthorized misconstruing of his pleading, as Plaintiff does not wish to proceed in forma Pauperis, but wishes to proceed with payment in full. Plaintiff has recieved confirmation by outside Financier that all filings in the above case will be payed in full by or before November 16, 2007

This case has recieved widespread media, radio and Newspaper attention. The world Knows what the Jewish Mossad is about. The Constitution allows me to a fair hearing. The Jewish Mossad has been in hiding since I filed this suit. The CIA plans to Kidnap me when I leave FCI Williamsburg. Larry King Live continues to violate my copyright name Jonathan Lee Riches© on the air.

Im recieving hundreds of requests for interviews, book signings, autographs. The Jewish Mossad is threatening me with serious harm if I expose their secrets.

From Nov. 1997 until Feb 24, 2003 I was on the CIA payroll as a cyber superhacker. The Jewish Mossad financed the operation.

My Job responsibilities were to data breach computer networks, telephone calling cards and PBX hacking. I discovered a loophole on how to get free wire transfers with Western Union. The FBI has secret files about my Western Union operation.

On Jan 4, 2000, Western Unions toll free # 1800-325-6000 was remote called forwarded to a verizon Phone tec, Loop Line. This allowed me under the CIA supervision to intercept the phone calls of businesses who had Western Union terminals in their stores. Businesses sometimes have to manually call Western Union on the phone to do wire transfers for customers. Businesses have to provide Western Union with a Agent account # and a bingo card set of numbers that each store is provided. I was to intercept these calls under the disguise of Western Union. The operation was to get stores agent and Bingo #s, remote call forward Western Unions toll free # back to the original

call center. Then call back into western union as the businesses that I collected their agent and Bingo #'s then have wired money sent everywhere. The cia hired hobo's from different U.S. cities, i.e. chicago, CA, Philly, Miami, to pick up these wire transfers. Recieving a 20% cut for their trouble, then wiring the remaining funds into a Jewish Mossad Account in the British Island of Jersey to avoid U.S. taxes. This operation netted more then 325,000,000 Million dollars. Funds were used by the cia to purchase uranium from Niger and suitcase nukes from soviet communists.

Jan 17, 1999, the cia secretly showed me how to divert telephone calls without being traced. In return, I was hired to break into companies PBX systems and voicemails and Jump through telephone Networks. Before verizon was Bell Atlantic, the cia was informed by dialing "0", reaching a Bell Atlantic operator (now verizon), telling the operator to dial a toll free #, on the recieving end of the call they will see the ani "automatic number Identification" as unavailable. This is a example: The cia provided me with a sprint calling card obtained through "pre-texting purposes." I called "0" my local operator, telling her to dial the toll free # on the sprint card. The operator dials, I enter the codes, and the call is diverted. The recieving end of the call see's "unavailable" on caller I.D.. The true owner of the sprint card only see's "0" on their phone bill as to the originated of the call. The cia sets up multiple Routers and switches in different Phone companies districts, bouncing around with Phone impunity. These diverters were used by the cia to call bomb threats to bridges, churchs, political headquarters, sultans, and Kingdoms without being traced back to them

MAY 9, 2001, The Jewish mossad financed my illegal identity theft operation. Providing me with a Fargo PVC printer to make fraudulent Identifications. Hacking into private databases including choicepoint, Quickinfo, axcium, Lexis Nexus, Info america, Monogram bank of Georgia, to obtain credit reports and dmv records on United States citizens. Their objection was to purposly

Sabotage Americans Credit to Lower FICO credit scores to Justify higher Interestrates. In return, the cia is in a vast conspiracy with the FDIC, Comptroller of currency and Ceo/Board members of the 10 biggest U.S. Financial institutions that lend credit, recieved Kick backs from the higher interest rates. The cia used Kick back funds to finance Gangs in Hong Kong, NYC subway bullies, the black panther party and Earth Liberation front

The cia is thwarting the release of the Jonathan Lee Riches© Book. Exposing all hacker, Phreaker, Identity theft secrets. This manual can help and protect americans. The cia threatened Random House, free press not to release the Jonathan Lee Riches© Book

The cia taught me how to hack computer systems. My current Indictment in Southern District of Texas, Houston H-03-90-2 was created by the cia to thwart me from exposing cia and Jewish secrets. My Indictment says I hacked into America Online with a trojan horse and created a spamming program to Phish AOL customers into giving personal information.
The cia violated my copyrighted name Jonathan Lee Riches© selling my Story to CNN producer Andy Segal, who had a program on CNN special Investigative unit "How to Rob a bank", showing personal pictures of me, FBI wiretaps, Bank surveilance without going through clearance with me

The cia is twarting outside financiers from helping me pay my legal fees. The Jewish Mossad is scared I will expose their murder at college campuses, prostitution at utility companies, the Leaking of the Hoover dam, the Johnstown P.A. flood massacre
I petition this court for extention of time to pay the fee's to proceed because of the cia's threats, my current weak state. I weigh 125 Lbs at 5ft 10inches. I have pictures I can submit upon request.

## MOTION FOR COUNSEL

This suit about the atrocities the cia and Jewish mossad committed on my life and the American people is being watched by the world. The cia is thwarting me from obtaining counsel. Its my constitutional right to counsel in this case. Plaintiff wants this court to issue an order for counsel. Any counsel that visits me at FCI williamsburg, the cia sneak attacks, hog ties them, stuffs them in a oil tanker, and ships to the Bermuda triangle.

The cia has a weather making harp machine created by scientists at cern in swiss country. The cia is responsible for the Blizzard of 96 along the east coast, the 98 Ice storm in upstate New York, 1989 Hurricane Hugo and the 1900 Galveston texas flood. The blueprints to this machine is stored in a cray computer IBM system Los Alamos Lab New mexico. The cia has big plans for a major earth quake in California along the fault line. Oct 4, 2004, I stocked up on water bottles. The cia distributes tainted water from china.

## Motion For Judges Yearly financial disclosure Forms

Plaintiff moves this Honorable court for the presiding Judges Yearly financial disclosure forms. Possible Personal and Financial conflicts of Interest with the presiding Judge, the defendant's in this suit, the defendants in Plaintiff's Criminal case, the victims in Plaintiffs criminal case, Political prisoner Yuh Rung Tsang from Michigan. Plaintiff has a constitutional right to a fair hearing

The cia's payroll financed this courts federal building.
Does the presiding Judge in this case watch Larry King Live?
Are members of this Court Jewish who could show bias and prejudice

in Plaintiff recieving a fair hearing.

Conflicts of Interests are preventing Plaintiff from Entering the witness protection plan. The CIA and FBI play rugby together. If I enter the witness protection plan I will never be seen from or heard again. this is a Attempt to shut me up exposing CIA Conflicts of Interests with civil Liberty violations of my fellow Americans

CONCLUSION

Plaintiff prays for the requested relief, i.e. Parole in the federal system, I'm hungry and would like a philly cheese steak with onions, Stop the CIA from selling my brain to science fiction, Compel Jewish mossad from trying to kill me. God bless America

Respectfully submitted

Jonathan Lee, Riches ©
U.C.C. 1-308

Dr. Jonathan Lee Riches © Phd
#40948-018
Federal detention center
Williamsburg
P.O. Box 340
Salters, SC 29590