# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Jonathan Lee Riches©,
Plaintiff

V.

JEWISH MOSSAD, et al

U.S. DISTRICT COU.
DISTRICT OF N.H.
FILED
2007 SEP -4 A 11: 46

CIVIL NO: 1:07-FP-212

## NOTICE OF APPEAL

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to Appeal Judge James R. Muirheads Order denying Plaintiffs three Motions: Motion to Stay Proceedings, Motion for Counsel, Motion for Judges Yearly Financial Disclosure Forms. Plaintiff Moves to Appeal these three Motions by Constitutional Law. Plaintiff Prays for relief.

## MOTION TO AMEND COMPLAINT

Plaintiff moves this Honorable court to Amend complaint. Plaintiffs Constitutional rights are still being violated

NEW DEFENDANTS — These people are paid by Jewish Mossad and the CIA to sabotage my modeling career. Jewish Mossad paid the blob, Geraldo Rivera, Infomercials, Valenti International, Little Caesars Enterprises, the Bunny ranch, Edward R. Murrow, Kermit the Frog, Skinheads in London, The Wonder Years,

Forrest Gump, Spanish Inquisition, and the Teapot dome on Aug 29, 2007 to surround the FCI Williamsburg fences and hoot and holler at me as intimidation.

On Aug 30, 2007 Jewish Mossad paid Residents of Mt. Zion Illinois, John Kruk A/K/A "the Kruker", Clark W. Griswold, Steven C. Preston of the Small Business Administration, current t.v., Wayward Boys, Yuk Rung Tsang, Venus de Milo, Swamp Thing, Whiskey Rebellion, and Technocrats in Tacoma 300 million dollars to pull my teeth and CIA type torture sponsored by Coca Cola. Sucking my mental health out my skin.

I feel all of them will return. These people I move this Honorable Court to Amend this Complaint and add these people as my co-defendants.

### Conclusion,

Plaintiff Appeals three motions, Motion to Stay proceedings, Motion for Counsel, and Motion for Judges financial disclosure forms to the Appeals court, and Plaintiff moves to Amend this complaint. Plaintiff prays for relief.

Respectfully Submitted

Jonathan Lee Riches©

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400